**FILED - GR**
April 19, 2012 11:02 AM

TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY __gjf__/_____ Scanned _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,

      vs.

PABLO RAZO FIERRO,

      Defendant.

_____/

No.

**1:12-cr-98**

**Robert Holmes Bell**
**U.S. District Judge**

**MOTION TO SEAL**

Now comes the United States of America by Donald A. Davis, United States

Attorney for the Western District of Michigan, and Nils R. Kessler, Assistant United

States Attorney, and moves this court to seal the Indictment in the above entitled case

in order that the execution of the arrest warrant be unimpeded and the investigation

continue; and that such sealing remain in force and operation until the defendant is

advised of these proceedings, arrested, the investigation is completed, or further order

of this court.

Respectfully submitted,

DONALD A. DAVIS
United States Attorney

Dated: __4/17/12__

NILS R. KESSLER
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI   49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated: __4/19/1~__

HUGH W. BRENNEMAN, JR.
United States Magistrate Judge
United States District Court