UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PABLO RAZO FIERRO,

    Defendant.
_____/

No. 1:12-CR-98

Hon. Robert Holmes Bell

**MOTION TO UNSEAL**

Now comes the United States of America by Nils R. Kessler, Assistant United States Attorney, and moves this Court to unseal the Indictment in the above entitled case. The defendant is believed to be a fugitive, and unsealing the indictment will allow the government to notify his family and other contacts that he is wanted to answer charges against him pending in this Court.

Respectfully submitted,

PATRICK A. MILES, JR.
United States Attorney

Dated: 4/7/14

_____
NILS R. KESSLER
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated: April 7, 2014

/s/ Ellen S. Carmody
ELLEN S. CARMODY
United States Magistrate Judge
United States District Court