UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

PABLO RAZO FIERRO

    Defendant(s).

Case No. 1:12-cr-98

Hon. Robert Holmes Bell

**GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

I. **DISCOVERY**

    A. **Statements of Defendant**

        1. **Oral Statements (Rule 16(a)(1)(A))**

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

> Confession to SSA-OIG, 1/20/11
> Statement to U.S. Marshals, 6/30/15

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by   initial pretrial conference  .

        2. **Written or Recorded Statements (Rule 16(a)(1)(B))**

☐ There are no written or recorded statements or grand jury testimony of defendant.

☒ There are the following written or recorded statements or grand jury testimony:

> Audio recording of confession to SSA-OIG, 1/20/11
> Mlive/Muskegon Chronicle video interview at Pablo's Tacos, 2008

All written or recorded statements

☐ have been disclosed to defense counsel.

☒ will be disclosed to defense counsel by   initial pretrial conference  .

B. <u>Defendant's Prior Record (Rule 16(a)(1)(D))</u>

☒ The Government has made due inquiry and is not aware of any prior criminal record.

☐ The Government has disclosed defendant's prior criminal history.

☐ The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects (Rule 16(a)(1)(E))</u>

☐ The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The Government has the following documents, tangible objects, and physical evidence:
  ☐ Drug Paraphernalia    ☐ Drug Records    ☐ Inventory (attached)
  ☐ Controlled Substances: _____
  ☒ Records:   Social Security; financial institution; tax; advertising; insurance;
  ☐ Firearms:   business licensing; Michigan workers comp, UIA, Wage & Hour
  ☐ Other: _____

☐ The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
  ☐ State
  ☐ Federal:
    Case No. _____  Re: _____
    Case No. _____  Re: _____
    Case No. _____  Re: _____

☐ They have been made available for inspection and copying by defense counsel.
☐ Defense counsel should make arrangements with:
_____

D. <u>Reports of Examinations and Tests (Rule 16(a)(1)(F))</u>

☐ The Government has no reports of examinations or tests required to be disclosed by Rule 16.

☐ The Government has or expects to have reports of the following examinations and tests:
  ☐ Drug Analysis       ☐ Handwriting      ☐ Fingerprints
  ☐ DNA                 ☐ Firearms/Nexus   ☐ Gun Operability
  ☐ Computer Forensics  ☐ Other: _____

E. <u>Reciprocal Discovery</u>

☒ The Government seeks reciprocal discovery.

    F.    <u>Notice Under FRE 404(b)</u>

☐ The Government does not presently intend to introduce 404(b) evidence.

☒ The Government does presently intend to introduce the following 404(b) evidence:

> Records from WDMI docket no. 1:01-cv-615 RAE (Disability litigation)

☐ The Government will provide pretrial notice of 404(b) evidence by _____ .

    G.    <u>Other Discovery Matters</u>

## II. <u>TRIAL</u>

A. The Government requests a ☒ jury ☐ non-jury trial.

B. The length of trial excluding jury selection is estimated at <u>3 days</u>.

## III. <u>MISCELLANEOUS</u>

☐ This case may be appropriate for expedited resolution.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:

> No consideration for plea entered less than three weeks before trial.

Date _____    _____
                                                                                       Counsel for the United States