UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

                              File no. 1:12-CR-98

v.

                              HON. ROBERT HOLMES BELL

PABLO RAZO FIERRO,

       Defendant.

_____/

## ORDER SETTING PRETRIAL AND JURY TRIAL

      IT IS HEREBY ORDERED that jury trial in this matter shall commence on **August 17, 2015 at 9:00 a.m.** at 60l Ford Federal Building, Grand Rapids, MI, 49503.[1]

      IT IS FURTHER ORDERED that a final pretrial conference shall before Magistrate Judge Ellen S. Carmody on **August 4, 2015 at 11:30 a.m.** at 650 Ford Federal Building, Grand Rapids, MI, 49503.  The attendance of the defendant at the final pretrial is required.

      All pending motions shall be heard at the time of pre-trial on **August 4, 2015**.

      IT IS FURTHER ORDERED that at the final pretrial conference the parties shall:

      l.      Agree upon admissibility of exhibits (if possible) which shall have been previously marked for identification.

---

[1] A list of criminal cases set for trial on this date can be found on the court's website, which is: www.miwd.uscourts.gov.  The list will be found under "Judges' Info." for Judge Robert Holmes Bell.

2. Any party intending to introduce into evidence summaries pursuant to FED. R. EVID. 1006 must make available at or before the final pretrial conference copies of all such summaries and duplicates of the supporting documents summarized.

3. Agree upon the qualifications of expert witnesses.

4. Enter into stipulations of uncontested facts.

5. Submit proposed voir dire questions and trial briefs (optional with defendant).

6. Discuss any legal issues which may arise during the course of trial.

7. Discuss jury instructions. This Court uses the Sixth Circuit's Pattern Criminal Jury Instructions (West Publishing).

8. Advise the court of the status of any plea negotiations.

Date:  July 6, 2015                    /s/ Robert Holmes Bell
                                       ROBERT HOLMES BELL
                                       UNITED STATES DISTRICT JUDGE