UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

---

UNITED STATES OF AMERICA,

        Plaintiff,                        No. 1:12-CR-98

v                                            Hon. Robert Holmes Bell

PABLO RAZO FIERRO,

        Defendant.

---

**UNOPPOSED MOTION FOR ENDS-OF-JUSTICE CONTINUANCE**

---

      Pablo Razo Fierro hereby moves, pursuant to Rule 23.2 of the Local Criminal Rules of this Court and the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, to continue the final pretrial conference and trial, currently set for August 4 and 17, 2015, respectively, for a period of 30 days.

      Counsel has conferred with the attorney for the Government, Nils Kessler, who does not object to the requested relief. A written waiver of speedy trial has been executed by Mr. Fierro. Exhibit A. This motion is supported by the accompanying brief.

Dated: July 22, 2015

                                      Respectfully Submitted,

                                        WILLEY & CHAMBERLAIN LLP
                                        Attorneys for Defendant

                                          s/ Britt Morton Cobb
                                        _____
                                        Britt Morton Cobb (P69556)

                                        40 Pearl Street, N.W., Suite 940
                                        Grand Rapids, Michigan 49503-3032
                                        (616) 458-2212
                                        bmc@willeychamberlain.com