# Exhibit A

Case 1:12-cr-00098-RHB   ECF No. 16-1 filed 07/22/15   PageID.32   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

---

UNITED STATES OF AMERICA,

        Plaintiff,                     No. 1:12-CR-98

v                                        Hon. Robert Holmes Bell

PABLO RAZO FIERRO,

        Defendant.

---

**DEFENDANT'S CONSENT TO CONTINUANCE OF TRIAL
AND WAIVER OF RIGHT TO SPEEDY TRIAL**

---

        NOW COMES the defendant, Pablo Razo Fierro, and hereby consents to a continuance of the final pretrial conference and trial and states as follows::

        1.     I understand that under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, I have various rights including the right to have my trial commence within 70 days from my first appearance in this court.

        2.     I further understand that the Court has set trial for August 17, 2015, and the final pretrial conference on August 4, 2015.

        3.     I further understand that my lawyer has requested that they both be continued for a period of at least an additional 30 days, in order that there is sufficient time to evaluate the discovery that has been and will be provided and also to attempt to reach of resolution of this case.

        4.     I hereby consent to the requested continuance and waive my rights under the Speedy Trial Act with respect to the requested continuance because I want to be sure that my lawyer is adequately prepared and has had sufficient time to try to resolve the case.

        5.     I provide my consent and waiver freely and voluntarily.

Dated: July 22, 2015

                                                                Pablo Razo Fierro