# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | PABLO RAZO FIERRO | Mag. Judge: | Phillip J. Green |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:12-cr-98 (RHB) | August 31, 2015 | 10:09 - 10:49 AM | Grand Rapids | Ellen Donohue |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Nils Kessler | Britt Cobb | Retained |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment | Read __<br>Reading Waived __ |

### TYPE OF HEARING
__ First Appearance
__ Arraignment:
   __ mute   __ nolo contendre
   __ not guilty   __ guilty
__ Initial Pretrial Conference
__ Detention   (waived __)
__ Preliminary   (waived __)
__ Rule 5 Proceeding
__ Revocation/SRV/PV
__ Bond Violation
✓ Change of Plea
__ Sentencing
__ Other: _____

### DOCUMENTS
__ Defendant's Rights
__ Waiver of _____
✓ Consent to Mag. Judge for  Plea
__ Other: _____

Court to Issue:
✓ Report & Recommendation
__ Order of Detention
__ Order to file IPTC Statements
__ Bindover Order
__ Order Appointing Counsel
__ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s)  1
of the  Indictment

Count(s) to be dismissed at sentencing:
Remaining

Presentence Report:
✓ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:   __Yes   __No<br>Defendant informed of right to appeal:   __Yes   __No<br>Counsel informed of obligation to file appeal:   __Yes   __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:**   Referred to District Judge | **TYPE OF HEARING:**  Sentencing |
| **Reporter/Recorder:**   Digitally Recorded | **Courtroom Deputy:**   D. Hand |