# EXHIBIT B

Hon. Robert Holmes Bell                                      10-1-2015
United States District Court
110 Michigan Street, N.W. Room 602
Grand Rapids, Michigan 49503-2313

Honorable Bell,

Let me introduce myself, My name is Francis E. Attig III I am a Fire Fighter Driver for the city of Norton Shores and I have known Mr. Fierro for over 20 years. Let me say first that I believe in our judicial system and what it stands for. I also believe in second chances, and I believe Mr. Fierro is one of those people if given that chance would be grateful for that second chance and not take it for granted. Mr. Fierro has worked hard to provide a good life for his family and will continue to be a positive role model for is children and grand children. His work ethic honestly sir is second to none, and I know if given the opportunity, would continue this work ethic to be a positive influence in our society.

As one of my duties as a Fire Fighter Driver for the City Of Norton Shores, I am assigned Fire Prevention Open House.  Our open house attracts more than 1200 people county wide and most of all over 500 kids who learn about fire prevention. Every year Mr. Fierro and/or his daughters step up and provide food for our event. Without hesitation they are willing to give back to our community.

I could go on and on about how his family is his world and it goes without saying that he feels he let them down. There is no doubt that Mr. Fierro has remorse for what he has done and understands that he now has to spend the rest of his life making up for those mistakes. I would ask you give a path to do so. Sir I need you to know that as a man of morals and standards I do not take writing this letter lightly. I am not just doing this because "it's a nice thing" to do. I'm doing this because I truly believe Pablo belongs with his family.

Respectively,

Francis E. Attig III
3811 Harbor Breeze Dr.
Muskegon, Mi. 49441
231.206.0161

September 30, 2015

Hon. Robert Holmes Bell
United States District Court
110 Michigan Street, NW., Room 602
Grand Rapids, Michigan 49503-2313

Your Honor,

My name is Harvey Anderson, I am the owner of Meat Block Inc. of Muskegon, I'm writing to you about Mr. Pablo Fierro. We've done business together for about 15 Years.

He is probably the hardest worker I've ever met. He is also a great family man. I've witnessed many times how he treats customers at his previous restaurants.

I don't condone what he did, but I feel if given a chance he can repay his debt to society. I'm asking you sir to please consider leniency at his sentencing. Thank you very much.

Harvey Anderson

Meat Block
2330 E. Broadway
Muskegon, Mi
231-773-0224

**Expar CO. INC.**

BAR, JANITORIAL, AND RESTAURANT EQUIPMENT AND SUPPLIES

P 231.733.7209
F 231.733.7305

Kevin Marshall 231.638.0578
Bill Sorensen 231.638.0580

504 W. Hovey, Muskegon Hts, MI 49444
exparcompany@comcast.net

To: Hon. Robert Bell

United States District Court

110 Michigan St. N.W. Room 602

Grand Rapids Michigan 49503-2313

Dear Hon. Robert Holmes Bell

I am writing in regards to Mr. Pablo R. Fierro I have known him for 20 years. Pablo and I met through buisness. When I first met him he was cook at a local Mexican Resturant and I sold them Resturant equipment and supplies. He was a very hard worker and put in many hours beyond the 40 hour work week. He aproached me, I am going to say 10 year ago about opening a Mexican Resturant on his own an wondered If I could help him finacially, because of his hard work ethic and I knew his family would all be there to work hard I agreed. Since that time I have let him run large amount of credit in my store and he has always paid me on time. Pablo has always been honest with me about everthing and because of his hard work and great family they have been very successfull and I would have no problem ever trusting him with any amount of credit we might extend him. We have become good friends over the years an I think he is a great family guy and as far as my dealings with him very honest.

Thank you

*K Marshall*

Kevin Marshall President Expar

Hon. Robert Holmes Bell
United States District Court
110 Michigan Street, N.W. Room 602
Grand Rapids, Michigan 49503-2313

Dear Honorable Robert Holmes Bell

I'm writing you on behalf of the Fierro family. I've been privileged enough to have a very special and personal relationship with their entire family, specifically Pablo Razo Fierro.

I work for Gordon Food Service, a local food distribution company located in Grand Rapids, Mi. I first met Pablo in 2007 as I became his food sales consultant. From the first time I met Pablo I knew that he was a man of business. Someone loved and well respected by many in his community, as well as patrons in his restaurant. I've still yet to see another owner/operator of a restaurant work as hard as Pablo with the same discipline and drive.

For me it was a great accomplishment working with someone of his talent and caliber within the restaurant industry. I took great joy and pride in the relationship that we had, he could have purchased food for his establishment from anyone who knocked at his door. Yet, he gave me a chance to earn that right and also his respect.

In closing, I just wanted to say that the Pablo I grew to know was a man of hard work, respect and most importantly family. Which I can proudly say he accepted me into his. I ask the court leniency during sentencing so Pablo can continue to help his daughters with their business.

Sincerely,

Roy Flores
(616)648-7791



Corbin W. Kingsbury
Associate Broker
Remax Lakeshore
210 Central Ave.
Holland Mi, 49423


Hon. Robert Holmes Bell
United States District Court
110 Michigan St, N.W.  Room 602
Grand Rapids, Michigan 49503-2313

RE: Pablo R. Fierro

Dear Sir,

    I have known Pablo Fierro for close to 35 years. I met him at the El Camino Restaurant in Muskegon. I lived in Muskegon at the time and owned several new car franchises in that town. I would always try to speak Spanish with Pablo and he was always gracious with my mistakes. His business went through a few location changes, but his customers were very loyal. He would always come out of the kitchen to talk to people eating in the restaurant and everybody likes him. He is a fixture in the Mexican food business in Muskegon. The fact that his children work at the restaurant is a testament to his being a good and loving father. I remember when one of his daughters who sings made a CD. He could not wait to give them out to his customers so that everyone could share his daughter's voice. His pride as a father was most evident. As a business owner myself, I can appreciate the loyalty he has built with his client base over the years.  Everybody always asks to see Pablo.

    I understand that you have a job to do, and I can only ask that you consider Pablo's character and family status when you are considering his sentence. The law is the law and I am a staunch supporter of the law, but I also know that not all people who run afoul of the law are bad people. If there is some way that you can consider his sentence in such a way as to allow him to continue his position within the community, many people would be positively impacted. I thank you for your time in letting me express myself on Pablo's behalf.

Sincerely,

Corbin Kingsbury

October 10th, 2015

Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N. W., Room 603
Grand Rapids, Michigan 49503-2313

Your Honor,

I met Pablo Fierro in the early 1970s and have been close friends with him ever since. I have always been impressed with his enthusiasm, his love of family and the practice of his Catholic faith. I have worked with him on several projects and fundraisers over the years. He has been very involved in the Hispanic community here in Muskegon as mentor, a community leader and in his parish.

Pablo has volunteered his time to parish festivals that celebrated the Hispanic community in Muskegon County. He has shared his time, talents and even his home for Our Lady of Guadalupe celebrations. His giving to the community included not only his time to catering graduations, quinceaneras, birthday celebrations, anniversary parties and church social dinners, but he has also worked hard to be an example for all those in the Hispanic community by living his mantra that 'charity is an obligation, not an option.' He has shown through his drive and perseverance that all have a chance for prosperity in this country.

He is a family man and a strong supporter of family values as evidenced by the support of his family. He has been a good friend as evidenced by my support and the support of other who are submitting these letters of reference. He has been as much a brother to me as my own brother. I often refer to Pablo as 'mi compadre' but in truth he has been more that that. He is family, he is a brother and a kindred soul.

We all have made mistakes in our lives and he like all people has their faults. I would ask that you take into consideration the totality of his life; his devotion to his family, his service to the community, his service, his church, and the example he has shown in taking responsibility for his actions. A man should be weighed on all of this and not just that of one act, should he not? I would ask that you consider leniency in his case. He has proven by returning to Muskegon he is willing to take responsibility for his actions and continue to be an active member in the community.

Thank you for your time and consideration in this matter. I am available at your convenience should you need any other references or have any questions.

Until then may God bless,


Mr. Benito Garza
3463 White Aspen Ln
Muskegon, MI 49441
231.767.1214
231.206.1858

Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N. W. Room 602
Grand Rapids, MI 49503-2313

Your Honor,

I would like to share with you a bit of what I have witnessed in regards to Mr. Pablo Fierro. I met Mr. Fierro about 25 years ago through St. Jean's Catholic Church, here in Muskegon. He and his wife Zulema and their children were very well known for their regular attendance, strong cultural roots, kindness and helpfulness throughout the community. Over the years they have remained faithful to supporting traditional events like the Annual Hispanic Fiesta and anything that was asked of them.

I have worked at Muskegon Public Schools for almost 20 years in the ESL program and I have been a CCD teacher (Catholic Catechism) for about 15 years at a couple different parishes in town. I remember sending people (parents and students) to Mr. Fierro's restaurants, several times, when they would ask me for employment opportunities. He would make them earn their pay and given them the opportunity they desperately needed. I also remember specifically, on one occasion, I wanted my class of 18 Confirmation students (ages 12-16) to have new Bibles to study from, but the church was low on funds. I was told to ask for donations and maybe they could find monies to complete the purchase. I took a couple students with me to Pablo's Tacos and got to speak with Pablo directly about the donation. After a few minutes, he not only was willing to donate some monies, he paid for my entire class to have new Bilingual Youth Bibles. I was quite surprised at such a generous gift!! I had a large class that year and the Bibles were pricey. The students were so happy when they received their blessing of the Holy Scriptures of their own. Most of them didn't even have a Bible in their homes and would not have been able to afford them.

Mr. Fierro's children and grandchildren are also an example of what our beautiful nation should be made up of. Hard working students on the honor roll and adult individuals who are not a burden to our country but a great asset. They bring much love, respect, values and still keep their own traditions alive, by representing them through positive action. The entire Fierro family and Restaurants have ALWAYS been a positive addition to our public school system and city in general. The children and grandchildren were often recognized for their academic and extracurricular higher levels of excellence and accomplishments. We know this is directly linked to family stability and upbringing in structured and loving environments.

My heartfelt prayers continue for this lovely family. I'm still shocked, but trust that out of the awful mistake will come much more appreciation for freedom, a higher respect for the laws and forgiveness. I know they will survive because Mr. Fierro is and will always be a hardworking man of honor and integrity filled with faith in God. I don't know exactly what his charges are, but I know the man who was always at work, bearing his physical pain daily, taking care of his families needs, served the community and did it with a kind heart and polite smile. That's the person I know, remember and support. Thank you for taking the time to read my letter. Please consider leniency when sentencing this non-violent man.

Sincerely Yours,


Elvira Rodriguez
5652 Richmond Ave.
Muskegon, Michigan 49442
(231) 557-8171