# EXHIBIT C

Lydia Waterman
1561 Carlton Street
Muskegon, MI 49442

October 8, 2015

Hon. Robert Holmes Bell
United States District Court


Your Honour,

I am writing you today, so I can briefly explain what I know of Pablo Fierro. I first met Pablo in November of 2008 when I was hired at his restaurant. I worked there for him and his family for a few years. I was always impressed by Pablo's determination. He spent many hours assuring his business creation was running smooth. He is a creative, caring, and hardworking man, who taught me everything I know about service and restaurant work.

I am currently a server today working at Bob Evans, while attending baker college for Human Resources and Business Management. I can honestly credit Pablo for my degree choice. I never was sure what in wanted to do with my life before; but after learning and gaining direction from Pablo, I was able to figure it out. I am truly thankful that I was able to learn from him.

I am asking you to please consider Pablo's character when deciding a sentence, and exercise leniency. I understand he committed social security fraud, and was wrong. He made a terrible choice, but he is a good man, who loves his family dearly. I can guarantee he feels true remorse. Thank you so much for your time and consideration, by allowing me to tell you what I know of Pablo's character.


Sincerely,

Lydia Waterman

Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N. W. Room 602
Grand Rapids, MI 49503-2313

To Whom It May Concern:

Please accept this letter on behalf of Mr. Pablo Fierro who is currently being held on federal charges at the Newaygo Federal Facility.

My husband and I have known Pablo and his beautiful family for over 30-years. I miss immediately admit that we were, to say the least, surprised to learn of this serious predicament.

The Pablo we have come to know and love over the years is a dedicated family man to his adoring wife, Zulema; daughters, Veronica, Connie, and Elizabeth; and grandchildren. We have found him to be a hard worker, trustworthy, respectful, brave and even law-abiding. That said he is also very 'macho', overprotective and prideful traits we believe led to his poor choices from the get-go. We firmly believe had he shared his struggles with a friend or counsel he would not be in the position he is in today.

After speaking with him it was quite evident that he is beyond mortified to have brought such shame upon himself and family. His lack of judgement has affected his wife's health and has ruined them both financially, of which they will probably never quite recover from; needless to say he has accepted responsibility and is remorseful for his lack of judgement.

Pablo is a good man; a man who made a stupid decision...a really stupid one. Our hope and prayer is that the sentence imposed by you soon will take his family into consideration thus allowing them to begin the healing process.

Sincerely,


Juan and Olivia Mancilla
3091 McDermott St.
Muskegon MI 49444
(231) 855-2474

September 18, 2015


Hon. Robert Holmes Bell
United States District Court
110 Michigan Street, N.W., Room 602
Grand Rapids, Michigan  49503-2313

The Honorable Robert Holmes Bell:

I'm providing this character reference on behalf of Pablo Razo Fierro. Pablo is a person of good moral character.  I realized that might seem hard to believe, given the circumstances, but it's true nonetheless.  I have known Pablo for more than fifteen years, and in that time have seen how hardworking family man he always has been.

I have much admiration for Pablo for the love and dedication he has for his family. He is a very dependable man who always helps everyone in need in every possible way he can.  He is sincere and thoughtful; always putting others first above himself.

Pablo is a good, trustworthy, and dignified man who has made a terrible mistake.  I truly believe that everyone would be better served if he was kept out of prison and allowed to continue to be with his family.  I humbly ask that you do not alter the direction of his life based on a bad decision.

Should you need to verify any of my statements above, please free to call me (773) 317-4007.


Sincerely yours,

Laura Quezada
Family Friend

October 13, 2015

Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N.W., Room 603
Grand Rapids, Michigan 49503-2313

Dear Honorable Judge Holmes Bell,

I am writing this letter about a man I have known my whole life. He is not only my grandfather but he is my biggest role model. If I look up to one person it is this man Pablo Fierro. My grandfather is a wonderful man and always has been. This incident may have changed the way people view my grandfather but it will never change the way I view him. I know he has made a very big mistake, and I completely understand that. I am not writing this letter only because he is my grandfather but I am writing it because I believe people should know the person he is before being judged on a mistake he made. Everyone makes mistakes, some bigger than others but it is the way you fix the mistake or learn from it that matters. I can guarantee you your honor that my grandfather is very sorry for what he has done and everyday he is away he has learned how much he messed up.

My grandfather has always been what I call the "glue" to our family and without him times are very hard back at home. I see my family breaking apart more everyday because he is away and not here to make everything better. I also see my grandmother, who has got sicker than she has ever been and the man who was always there to care for her is not able to right now. Your honor, I do not want you to think I am writing this letter for pity, but more for an explanation on who my grandfather really is and how this one mistake has broken many people apart.

Pablo Fierro was known very well throughout the community. He worked long hours everyday, had more than one job just to provide for his wife and daughters. Regardless of the pain he was feeling, or how tired he was he never failed to make it to work because he knew he had to. My grandfather  taught me many things growing up, he taught me the importance of family, work and education. He made sure I knew how important it was to stay close to my family, how important it was to know how to work to be able to provide for myself, and how important it was to stay in school because graduating was very rare in my family and he did not want me working long hours without an education like he had to.

The day my grandfather had to leave to begin paying for his mistake was a day I did not take very easily. Everything seemed to be coming back together and my grandfather seemed very happy. He had to leave at a time I felt I needed him the most, I needed his support when I went away to my freshman year of college this summer and he was not there to give it to me. I know that my grandfather wants nothing more than to mend his mistake and the problems it has created. But I also believe it would be easier for him to mend his mistake if he was given one chance to do it back at home. Everyone makes mistakes, and everyone deserves a chance to make it better. I am writing this your honor in hopes that you will take into consideration the type of person my grandfather is versus the way one may view him over a mistake he made. Thank you for taking the time to read this letter.

Sincerely Yours,
Mireya Baceno
1553 Haverhill Road
Muskegon, Michigan 49441
(231) 288-2806

October 2, 2015

Hon. Robert Holmes Bell

United States District Court

110 Michigan Street, N.W., Room 603

Grand Rapids, Michigan 49503-2313


Your Honor,

    I have known Pablo Fierro for forty years. I was introduced to him by my godparents, Jose and Juana Quintero. I remember how fondly they talked about how hard working and a great family man he was. As a teenager, this left a great impression on me. As time went on I realized many people of the Hispanic community held him in high regards.

    In my adult life I got to see Pablo often. He is a man of many qualities. Pablo is a devoted husband, father and grandfather. He is the pillar of his family. There is no harder working individual than him. He is also a great friend to have. Pablo is always willing to help his friends by listening to their problems or giving advice.

    One Christmas holiday my entire family had left the state. They were spending Christmas in Texas. Being a single mom with three small children, I was feeling sad. Somehow Pablo heard my children and I were spending Christmas alone. He invited me and my children to spend Christmas at his house with his family. This act of generosity is what describes what kind of human being Pablo is.

    I believe in my heart that Pablo did not intentionally try to do any harm. I hope the court grants him the greatest leniency possible and allows him to return to his family, friends and community.


Very Sincerely,

*Maria Dolores Garcia*

Maria Dolores Garcia

3033 Fifth Street

Muskegon Heights, Mi 49444

Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N.W. Room 602
Grand Rapids, Mi 49503-2313

Your Honor

I am writing you in regards to Pablo Fierro. My name is Janneth Rodriguez and I'm his granddaughter in law. I've known Mr. Fierro for seven years now. I also worked for him as a waitress. I have nothing bad to say about him. He's one of the most hard working people I've ever known. He is a wonderful great granddad as well as a great father and grandfather. He's always put everyone first.

He helped me by giving me employment in his restaurant to help me support my family. He was also there to comfort me when I was having a very difficult time with my depression and gave me a home when I didn't have anywhere else to go. You see being a young single mother of two toddler boys life always hasn't been easy for me. When I couldn't afford diapers or formula I could always count on him for help. At times I didn't even need to ask because he just knew my children needed something. He's helped so many people other than myself get back on their feet. Pablo has a heart of gold & without all of his generosity I would have been lost.

Pablo made a big mistake but I truly feel that he deserves a second chance. I know he regrets what he did and wants to make it right. He's a very Honest man if you give him another chance then you will see for yourself. I pray for leniency when he stands in front of you to be sentenced. Thank you for taking the time to read my letter.

Sincerely

Janneth Rodriguez
231 329-4438
1172 W. Dale
Muskegon, Mi 49441

October 3, 2015

Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N.W., Room 603
Grand Rapids, Michigan 49503-2313

Dear Honorable Judge Holmes Bell,

My name is Shanna Lopez and I have known Pablo Fierro for 6 years. I started as an employee at his restaurant and slowly became family. He is a strong, caring, giving and kind hearted man. He is also a man of business. He worked extremely hard and it wasn't for him. He didn't do it to be rich he did it to be able to provide for his family. He wanted to give his wife, 3 daughters, and his grandchildren the life he didn't have, a better one. He is such an amazing family man. The best parts of his days are spent showing his love to his family and everyone he knows.

He did make a mistake. He is living with that mistake. We are all living with this mistake. What I do know is that he has learned from it. He lost everything. He lost his home, his business, his life, the respect he has earned over the year in the community... Everything. I don't ask that you let him go because every action has a consequences. However I do ask for leniency. All this family really wants is to have their heart back. We want to be able to move on from this terrible experience where bad judgment and bad advice lead to such terrible circumstances. I do appreciate the time you have taken to read my letter. I hope that these letters make your decision a little easier. Once again thank you for your time.

Sincerely,

Shanna Lopez
1657 Beidler St
Muskegon, Michigan 49441
(231) 343-2145

September 25, 2015


Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N.W., Room 603
Grand Rapids, Michigan 49503-2313


Dear Honorable Judge Holmes Bell,


I have known Mr. Pablo R. Fierro my whole life. He is my grand-uncle on my fathers' side. I believe to be in a position to provide you with a pretty accurate assessment of his character. I can confirm that he is a man of great integrity, and is extremely dedicated to his family and always has been a striver when it comes down to his work.

Please accept this letter I write about a man whom I will always have great respect and admiration for. When I think of my uncle, what comes to mind is the value that was emphasized about the importance of work. My grand-aunt, Zulema would babysit me often, and I recall from a young age that he was "sick" often, days at a time in bed. At family dinners, the conversations always included "there is no choice but to work."

It is this mind set of "I must provide for my family, I am not a priority, I am not ill" that I believe attributed to where we stand now. I am not trying to down play the seriousness of federal charges, to which my grand-uncle has accepted responsibility for the lack of judgment. This letter is to somewhat give you your Honor, an understanding of the train of thought behind this great man.

My grand-uncle, Pablo is at the end of the day, human. We all make mistakes and this circumstance has been, believe me the hardest on him. His health is much worse at this time, his wife's health has also been affected, to which of course he blames himself for. It is disheartening to see the extent our family has gone thru. He and my grand-aunt are physically and financially going to have hardship for the rest of their lives.

They are in my thoughts and prayers all the time, and I trust that come sentencing day, your judgment will be finally let closure and healing begin.

Sincerely,

Angelica Castanon
750 West Southern Avenue
Muskegon, Michigan 49441
(231) 733-4997

October 5, 2015

Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N.W., Room 603
Grand Rapids, Michigan 49503-2313

Dear Honorable Judge Holmes Bell,

Please accept this letter about a man who is my biggest role model. I have had the honor of knowing Mr. Pablo Fierro my whole life. Not only does he hold the title of husband, but also of, father, uncle, grandfather, brother, friend, and provider.  He is my grand-uncle on my fathers' side and my godfather. My dad's father passed away when he was very young and my uncle took it upon himself to be there for him in any way possible. He is like a second father to my dad and for my brothers and me, he is the grandpa we never had.

I can honestly say that my uncle is the most hardworking person I've ever met. Even on days when he wasn't feeling well, he still went to work. No matter what the circumstances were, his family came first. He implanted in us the value of family and always made sure to bring us together for the holidays.

My grand-uncle, instilled in me the importance of an education and a degree even if he did not have one. He taught me the importance of working hard to achieve my goals and how eventually it pays off. I am currently in my junior year of college and working towards pursuing a Master's degree. Without his love, support, and inspiration I don't know where I would be. These circumstances have been very hard on my whole family. But, they in no way change my view of my uncle because at the end of the day he is still my hero. Heroes are human too and can make errors. He has accepted the seriousness of his lack of judgement and I know he wants nothing more but to mend his faults. The best to me are those who work hard and still remain humble, which is what my uncle represents.
I write this letter, not to trivialize the federal charges pressed, but to provide you your Honor, with the background of a remarkable man who made a mistake.
Sincerely,

Rosa Castanon
1657 Beidler Street
Muskegon, Michigan 49441
(231) 955-2835

September 26, 2015

Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N. W., Room 603
Grand Rapids, Michigan 49503-2313

Your Honor,

It's been my distinct pleasure to have known Pablo for over twenty years. During that period of time I struggled with a divorce and spent nearly every evening during that period of time in his restaurant as I had nowhere else to go. He always made it a point to stop and check in on me personally whenever I was in. He never pried but understood there must have been some reason i frequented his establishment beyond a hot meal.

Later I struggled with my own business during the crash of the housing market and again he exercised empathy and compassion to the point of providing me a hot meal even when I could not afford it. Again, when I returned to college to change my vocation he helped me out when I was a struggling student, taking a personal interest in my well being and full belly. He's always treated me as one of his own and never required anything in return for his generosity.

Pablo is the heart of his family and a brick in the foundation of our local community. He embodies the principles of hard work, family, and community. He is a giver, not a taker. To me personally he has been an inspiration and I aspire to embody the example he's provided of what it means to be positive, contributing member of our community. I've not spent time with him outside his beloved restaurants but the other members of his family have extended the same graciousness and courtesy that he has, his example and contribution are his legacy.

It would truly be a shame if it were irreparably damaged by unfortunate circumstance and miss understanding. My uncle, Judge Michael E. Kobza had often spoke to me about exercising equity in dispensing justice from his court. In principle and practice these two men were not so different. It is my firm belief that Pablo did not, could not, intentionally do harm.

It is my strongest hope that you will examine closely all circumstances and provide him with the greatest leniency and equity your guidelines will allow so that he may continue to support his family and contribution within our community as one of the finest examples of a gentleman I've witnessed over this twenty year period.

Very Sincerely,

Roger J. Filius Jr.
1125 Madison St. Apt. 505
Alexandria, Virginia 22314

Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N.W. Room 602
Grand Rapids, Mi 49503-2313

Dear Honorable Judge Holmes Bell

My name is Dereko Riley. I am the boyfriend of Pablo Fierros granddaughter, Mireya Briceno.
I've known Mr. Fierro for a year and a half now. Throughout that period of time it made me
realize how great, loving and caring he was. He welcomed me into his arms, and into his family
without hesitation. I witnessed and had very humorous moments with him while at it. This man
made me feel as if I was his own grandchild. He made me feel welcomed and like I was with my
own biological family. Only if you can picture that image. Those loving and very joyful moments
you have with your family. It was the best feeling that I have ever received in my entire life. That
feeling that stuck with me and will never go away. It was just so touching because what type of
person would accept a complete stranger into their family. It's not normal unless you know every
detail about that person. He is that person that welcomes people with a strong feeling of
cordiality.

Despite the mistake that he has made it doesn't change any feelings I have for him. This man
has changed lives in many different ways. Including my life as one of many. I know for a fact
that he has a painful and deep regret for his wrongdoing. With knowing that I also know that if
he had the chance to make things right he would. If he had that second chance he would not
make the same mistake and I'm sure of it. Every step would be towards the right direction
because he deeply regrets what he's done & the pain he has caused his family.

Mr. Fierro is the rock of his family and the chief of his household. This is something that is
missed very much from everyone. He has kept everything and everyone intact for such a long
time.

What is the next step? We try not to expect the worst and we continue to pray for the best
outcome. This is one of the strongest men that I have ever met. He has changed me in a better
way and I thank him for that. I see a positive, caring, loving and joyful man waiting to see his
beautiful family on the outside.

Sincerely
Dereko Riley
(231)736-7887

October 8, 2015

Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N.W. Room 602
Grand Rapids, Mi 49503-2313

Your Honor,

I've had the pleasure to know Pablo Fierro through his Daughter Connie Briceno. We have been co-workers and best friends for the past five years. We became best friends because she has such a kind, loving and giving heart! I have never met someone so giving like she is in my whole life and I always wondered where she got that from. What made her so special? Then I met her father Pablo Fierro.

The day he met me for the first time he gave me a hug and said thank you for being so kind to my daughter when she needed someone the most. I've witnessed first hand how Pablo treats his family. I have never seen a father put so much love and attention into his children, grandchildren, and wife the way Pablo does. He loves his family with a grace filled heart.

 I now know why my best friend is the way she is! It's because of her dad and the way he loves them. But it not just them it's others around him. He can see when someone truly needs help and I would not doubt for a second that he would take the shirt off his back if I said I needed it. I pray and hope soon he will be with his family again! Celebrating his growing grandchildrens birthdays, having christmas together and just enjoying the simple and priceless memories every grandfather who loves their family should have.

I know the Fierro family wants nothing more than to have Pablo back. I ask the court that leniency is used when he is sentenced so he can go home and take care of his sick wife & continue to give back to our community.

Sincerely,

Erin Zaragoza
231-740-0332

October 10th, 2015

Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N. W., Room 603
Grand Rapids, Michigan 49503-2313

Your Honor,

Please accept this letter on behalf of Pablo R. Fierro. We have known Mr. Fierro for several years, we first met him while visiting a local establishment for dinner. I have known from the very beginning, what a great man he is. He is a family man, an amazing father and grandfather to his three daughters and his grand-children and a loving, caring, and supportive husband to beautiful wife. Pablo is an exceptional friend, one who goes out of his way to help those who are a little less fortunate feel important regardless of his own situation. Always putting other before himself.

Mr. Fierro is an extremely hard working, dependable worker providing the needs of his family and others. His work ethics and leadership skill are those that every American should learn from. Mr. Fierro has always accepted my family as part of his own; my daughters adore him much like their own Papa! It is very difficult for us to see such a loving, caring, hard-working, all around great individual in his current situation. Everyone makes mistakes, but I can honestly say that his was not intentional but a way for him to better provide for his family as so many of us struggle in today's world.

I would hope and pray for you to consider giving Pablo R. Fierro the freedom he deserves so that those of us who love him and care about him can once again see his family together, happy and complete again!

Sincerely,

Mrs. Adam Smith
2485 Norcrest Drive
Muskegon, MI 49441
231.725.5021

October 6, 2015

Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N.W., Room #602
Grand Rapids, Michigan 49503-2313

RE: United States v. Pablo Razo Fierro
No. 1:12-cr-98

Dear Sir,

We have known Pablo Fierro since he opened his
restaurant in 2003. We have always considered him to be a
kind, friendly, hardworking sincere man who was trying
to make a better life for his family.
He has been an asset to our community building
friendships while also providing job opportunities.
We do acknowledge the seriousness of this case but ask
the court for leniency as you impose sentence.

Thank you,

Russ & Cindy Stone
1541 Palmer Avenue
Muskegon MI 49441

October 10th, 2015

Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N. W., Room 603
Grand Rapids, Michigan 49503-2313

Your Honor,

This letter is to inform you that we have known Pablo Fierro since 1990. Pablos has always been a
Christian man helping his church in any way. He is a great family man, anyone would like him as a father.
He is a very loving and caring father to his children and grandchildren. As a friend, if whenever any of his
friends or family needed something, he has always been there either for material things or just advise.
Him and his wife are my oldest daughter's Godparents. He has always given good advice to her.

Overall Pablo Fierro is a loving, caring, and Christian man and we are blessed that we have him as a
friend.

I you need any further information, you may contact my wife or I at 616-392-4339.

Thank you,


Valentin H. Beltran


Rose Beltran

Tuesday, October 13, 2015

Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N.W., Room 602
Grand Rapids, Michigan 49503-2313

Your Honorable Robert Holmes Bell:
My name is Brittney Leighton. I am writing to urge your leniency in the sentence of a very great man known as Pablo Fierro.

I believe I am in a position to speak upon Pablo's moral character, so i hope you will take this letter into account  when making your decision. Of course everyone has so many special years of knowing him, i have also had the pleasure of knowing him for a little over 7 years.

He is most definitely aware of the seriousness of the crime he was convicted of, but this is not the man i know. I'd like to give you a perspective that shows that he is more than the sum of his actions. He has been my boss, my friend, and also my inspiration on how not giving up no matter how hard the days been. Which is something i find to be the most important thing when you have a loving wife and family to take care of. He's the most courageous and hard working man in so many lives young and old.

During the 7 years of knowing him, he has always been there for anyone  to lend a hand to our community, family, and friends. His family who i have the pleasure to consider a part of my family, all have that little sparkle in there eye when they talk about their dad, husband, or uncle Pablo. i don't know where i would be without the love, and graciousness of him and his family. Which I'd like to say his daughters are a perfect reflection to his hard work and his strong sense of duty. He would go without just to make sure someone else was taken care of.
It must be difficult for you to make decisions like this when you don't actually know the person standing in front of you, so i hope you will look at my letter and the countless others you're receiving, and understand that Pablo Fierro is the kind of person around whom people rally. That has to say something, so please let that be a factor of your decision.

Sincerely,
Brittney Leighton

*Brittney Leighton*

455 Mitzi st Apt 10
Muskegon Mi 49445
(231)769-9999

October 13, 2015

Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N.W., Room 602
Grand Rapids, Michigan 49503-2313

Your Honor,
Mr. Pablo R. Fierro is the father of a very close friend of mine. She and I met in High School; I
was welcomed into the family with open arms, and we have remained friends throughout the
past 22 years. Throughout these years I have been witness to Mr. Fierro's undeniable
unwavering love for his family. Mr. Fierro is a huge family man always wanting what is best for
his family and others around him.
Mr. Fierro has always referred to me as his fourth daughter. Some of my fondest teenage
memories include the many overnights spent at Mr. Fierro's with him & his family. During these
years Mr. Fierro showed extreme generosity by taking his wife and the four of us girls to a local
Dance Club. Each of us would get dressed up in beautiful dresses and treated like the
princesses we were for an evening. Mr. Fierro showed me that a father's love is truly
unconditional and irreplaceable.

Mr. Fierro showed extreme concern for his daughter's' education. As a result, he and his wife
put all three of their daughters through a local private Catholic Elementary & High School. It has
always been important to him that his families remain close. He helped instill family closeness
in each of his girls by insisting they remain together throughout most of their school years.

Mr. Fierro made a mistake and has been learning from it for months. Both he and family have
suffered immensely from his mistake. He is human. His wonderful positive qualities greatly
outweigh his weaknesses and flaws. His daughters are all walking examples of such positive,
hard working, qualities. He would be a perfect person to use to give back to the community
through community service. His health is continuing to get worse as is his wife's. I plead with
the court to exercise leniency with his sentencing.

Very Sincerely,
Adrianne Thompson
3532 E. Manitou Cir.
Norton Shores, MI 49441

Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N. W. Room 602
Grand Rapids, MI 49503-2313

Your Honor,

I am writing you this letter to share with you my personal knowledge of Pablo Fierro. I have had the pleasure of knowing Pablo for over fifteen years. I attended school with one of Pablo's daughters when I was younger and was also employed by him as an adult.

Pablo worked very hard to take care of his family and make sure his children received a good education. There wasn't anything Pablo wouldn't do for his family to make sure they were taken care of. I have always known Pablo to be very loving and caring father and man to not only his three daughters but all of his grandchildren, and other family members. The Fierro family has always been a very close family but would open up their family to others.

Pablo was and is a very well known man in his community not just for his cooking but for his kind and loving personality. He was the type of man that would give you the shirt off his back and would try his hardest to help everyone out. I hope that the court will take into consideration the qualities i have listed above.


Sincerely,


Jeanine Brown
1312 Palmer Ave
Muskegon, MI 49441
(231) 343-5543

October 17, 2015

Hon. Robert Holmes Bell
UNITED STATES DISTRICT COURT
110 Michigan Street, N.W. Room 602
Grand Rapids, Mi 49503-2313

Your Honor,

I am writing this letter in regards to Pablo Fierro. I have known Pablo for about 2 years now. The reason I know their family is through his daughter, Connie Briceno.

The first time I met Pablo I came into the restaurant with a friend who worked there at the time. He gave us both a hug and introduced himself to me. He then sat down with us at the table and talked with us and joked around and shared funny stories with us. I instantly knew he was someone I would want to get to know.

After I started working there, Pablo and I started to really connect. He was kind to me and joked with me all day long. Instead of dreading going into work every day, like many people do, I looked forward to it every day because of Pablo's bright and infectious personality. I knew he would come in laughing, enjoying every day while improving mine. I sincerely miss his presence.

Connie has so much love in her heart, and I see where she gets it from. Pablo is a special person; He is kind hearted, selfless, and is passionate about everything he does. He loves his family more than anything in the world. He would go to the ends of the earth for them and would not stop at that. He would help anyone in need without a second of hesitation. He truly cares for every customer that comes into the restaurant, making a unique and long lasting connection with each one of them. People have been coming into the restaurant for many years not just for the food but for the environment he creates. He is one of the hardest working people I have ever met. Pablo has a pure heart, and we all miss what he brings to his family, his friends, and the restaurant.

Please consider leniency at his sentencing. Pablo knows he was wrong and deserves a second chance. Thank you for taking the time to read my letter.

Sincerely,

Emily Manchester
231-740-0332
2052 Kinsey St
Muskegon, Mi 49441

11-7-15

Hon. Robert Holmes Bell
United State District Court
110 Michigan St. N.W. Room 602
Grand Rapids, Michigan   49503-2313

Dear Honor Holmes Bell:

I have met Pablo Fierro 12 years ago,
At "Pablo Tacos". Over the years he
has displayed his love and kindness
regarding his family and friend. I am
please to say he has become a good
friend.

I have attended many events with
his family. I do not speak spanish,
but he quickly translate what
was being said. It made me feel
more at eases.

I trust Pablo with my own problems.
I knew what I share with him
would be held confidential.

When my sister died in 2009, he comforted
me by sending flowers And also made

food for my family. It was a great comfort.

Pablo worked hard to provide for his family. He did this out of Love of them. He also was a strong support to the community and church. I witness his generous and charity to anyone who ask for his help. This he did out of love.

In closing I consider Pablo assest to anyone he came in contact with. I please to consider him my friend.

Sincerely,
Susan M. Lathrop

P.S. If you would like to contact me please call me.   231-343-9996