# EXHIBIT D

Dear Honorable Judge Bell,

I have let down myself, my family, my God and my country.  I did something dishonest and even worse, I was a coward and tried to run from the problem.  I was not thinking clearly because of all the drugs I was taking.  If there is anything good that has come from this, it is that I am no longer on the drugs.  I just wanted to work because that is what makes me feel like I am worth something.  It was so hard for me not to work.  There is no shame in working but there is shame in lying and I fooled myself into thinking that it was ok to lie because I could keep working.  I regret it every day and will do everything I can to try to make it up to all of those things I have let down.

Sincerely,

Pablo Fierro