# ATTACHMENT 1

| Beneficiary | Year | Amount | Beneficiary | Year | Amount | Beneficiary | Year | Amount |
|---|---|---|---|---|---|---|---|---|
| A | 1996 | $3,366.00 | C1 | 1996 | $918.80 | C2 | 1996 | $918.80 |
|  | 1997 | $12,054.00 |  | 1997 | $0.00 |  | 1997 | $3,290.00 |
|  | 1998 | $5,789.80 |  | 1998 | $0.00 |  | 1998 | $482.00 |
|  | 1999 | $0.00 |  | 1999 | $0.00 |  | 1999 | $0.00 |
|  | 2000 | $0.00 |  | 2000 | $0.00 |  | 2000 | $0.00 |
|  | 2001 | $0.00 |  | 2001 | $0.00 |  | 2001 | $0.00 |
|  | 2002 | $0.00 |  | 2002 | $0.00 |  | 2002 | $0.00 |
|  | 2003 | $67,671.90 |  | 2003 | $0.00 |  | 2003 | $0.00 |
|  | 2004 | $27,428.95 |  | 2004 | $4,950.00 |  | 2004 | $0.00 |
|  | 2005 | $13,574.40 |  | 2005 | $6,780.00 |  | 2005 | $0.00 |
|  | 2006 | $14,130.00 |  | 2006 | $7,056.00 |  | 2006 | $0.00 |
|  | 2007 | $14,586.00 |  | 2007 | $1,824.00 |  | 2007 | $0.00 |
|  | 2008 | $14,920.80 |  | 2008 | $0.00 |  | 2008 | $0.00 |
|  | 2009 | $15,784.80 |  | 2009 | $0.00 |  | 2009 | $0.00 |
|  | 2010 | $15,786.00 |  | 2010 | $0.00 |  | 2010 | $0.00 |
|  | 2011 | $1,219.00 |  | 2011 | $0.00 |  | 2011 | $0.00 |
|  |  | $206,311.65 |  |  | $21,528.80 |  |  | $4,690.80 |

| Total Benefits Paid | $232,531.25 |
|---|---|