# ATTACHMENT 3



**Travel woes**
Airline passengers are bracing for additional cancellations.
Page 5C

# Jobs·Business

Sunday, July 13, 2008 • Muskegon Chronicle

Stock Market • 4C
Personal Finance • 4C

PAGE **6C**



### PEOPLE/MOVING UP

Tastefully Simple Inc., a national direct-sales company featuring easy-to-prepare gourmet products, welcomes **Barb Bobinski** of Muskegon as an independent consultant. As a consultant, she offers the company's gourmet foods and beverages to guests at home taste-testing parties. Guests receive samples, easy meal ideas, recipes and serving suggestions. Bobinski can be contacted at barbbobinski@aol.com.

**Carol M. Bordua**, owner of Pawsitive Training by Dunewood in Grand Haven, has successfully met the recertification requirements for maintaining her Certified Pet Dog Trainer credential. Bordua has attended workshops and seminars covering topics related to dog behavior and training, identifying her as a trainer who is committed to upholding high ethical and educational standards.

### NEW AND CHANGING

**Scott Marecek** is the new owner U.S. 31 Bar-B-Q in Whitehall, the first franchise of the original restaurant in Muskegon. Located at 604 E. Colby, they do dine-in, take-out and catering with the same original recipe.

**The House of the Setting Sun Gallery** in Pentwater introduces the addition of "The Frame Shop," located within the Gallery. It provides gallery style and museum quality framing to the public. The gallery is on South Main Street at Hancock and Fifth streets.

**CENTURY 21 Premier Properties of the Lakeshore** has recently opened at 101 S. Beacon Blvd., Grand Haven, located in the historic home turned real estate office that made "real estate history." **Betty Wachter**, broker and co-owner, will be celebrating her 33rd anniversary year in the real estate industry as well as returning to the former building where she spent 18 years as a real estate agent. CENTURY 21 Premier Properties of the Lakeshore provides full-service real estate assistance, specializing in residential



Owner Pablo Fierro, left, works with his employees at Pablo's Tacos, 1427 W. Sherman. The restaurant had a rush of customers for its Tuesday Special featuring 99 cent tacos. Next to Fierro is from left, Carlos Canaca, Memo Briceno and Juan Landeros.

Chronicle photos • Cory Morse

# 10,000 tacos sold — just on Tuesdays

**By Federico Martinez**
fmartinez@muskegonchronicle.com

What's the recipe for success?

If you're Muskegon's Pablo Fierro, the answer is seasoned ground beef, tomatoes, lettuce and cheese wrapped in corn and flour tortillas.

Fierro's Mexican dishes — especially his tacos — have proven to be such a hit he recently opened a second Pablo's Tacos restaurant at 2345 E. Apple. His original restaurant is located at 1427 W. Sherman and opened its doors four years ago.

"People just like my food — I don't know why," said Fierro, who is realizing a lifelong dream to own a restaurant. "I guess they just like tacos."

Fierro began thinking of a second restaurant two years ago when business continued to boom at the Sherman location. Adam and Sean Sobczak, owners of Lakeshore RV Center, 4500 E. Apple, helped him find an eastside location and also assisted with financing, Fierro said.

Customers flock to both stores to taste Fierro's "authentic" dishes. Especially popular are the weekly 99-cent taco specials offered at both restaurants. The taco special is offered every Tuesday at Pablo's on Sherman, and each Thursday at the Apple location.

The occasion has taken on near legendary status among loyal patrons who have dubbed the days, "Taco Tuesdays" and "Taco Thursdays."

"We come here every Tuesday because we love Pablo's Tacos," said Linda Medema, who joins friends and co-workers for lunch every Tuesday at the Sherman restaurant. The regular lunch group includes Medema, Heidi Sytsema, Annoesjka Steinman, Marcy Joy, Jane Drake and Bob Chapla.

When the devoted lunch-goers arrive, they celebrate by bursting into a "Taco Tuesday" chant and forming their hands into the shape of a "T," similar to a "timeout" gesture.

Their enthusiastic behavior doesn't even raise an eyebrow from restaurant employees and other regular customers, who were anticipating their arrival. An extra large table is ready for them when they show up and their

Please see **TACOS 5C** ▶



Christian Gutierrez loads up to serve tacos at Pablo's Tacos, 1427 W. Sherman, during the Tuesday taco special. The same special is offered Thursdays at the new Pablo's Tacos Bar & Grill, 2345 E. Apple.



Fierro

### Pablo's Tacos

n **Owner:** Pablo Fierro.
n **Menu:** Traditional Mexican items, including: Tacos, enchiladas, tostadas, menudo, chorizo, burritos, chalupas and quesadillas.

n **Location No. 1:** 1427 W. Sherman (opened in 2004).
• **Hours of operation:**
Monday-Thursday: 10 a.m. to 11 p.m.
Friday and Saturday: 10 a.m. to 3 a.m.
Sunday: 10 a.m. to 8 p.m.
• No liquor license.

n **Location No. 2:** 2345 E. Apple. (opened in 2008).
• **Hours of operation:**
Monday-Thursday: 10 a.m. to 11 p.m.
Friday and Saturday: 10 a.m. to 1 a.m.
Sunday: 10 a.m. to 10 p.m.
• Full liquor license.



One of Pablo's tacos.

# Travelers brace for canceled flights

**By Chris Kahn**
ASSOCIATED PRESS

PHOENIX — As Roger and Pat Bate hustled to catch a plane home to Houston, they got the dreaded call that many will receive from their airline this year.

There was a problem with the crew, the plane, something — the Continental employee was not sure. The Bates needed to find another way home.

"There were a lot of unhappy faces in line" at the ticket counter, Pat said. "If they told us to come back the next morning, we were not going to be easy to get along with."

It is a call that millions of passengers received as airlines canceled nearly 65,000 flights so far this year. That is almost as many as all of 2007, according to the Bureau of Transportation Statistics, and travelers should be ready to be even more flexible as airlines carve chunks out of their schedules later this year.

UAL Corp.'s United Airlines said it will cut as many as 14 percent of available seats on domestic flights by the end of the year. American Airlines will slash as much as 12 percent after the peak summer travel season, and Continental Airlines Inc. will reduce about 11 percent in seating capacity starting in September.

Delta Air Lines Inc., Northwest Airlines Corp. and US Airways Group Inc. said they are planning similar cuts of 13 percent, 9.5 percent and 8 percent, respectively, by the end of the year.

Airlines hope that by offering fewer travel options they can boost fares and better deal with soaring fuel costs that have overwhelmed the industry. But airline observers say many passengers who bought their tickets months in advance are now going to have to scramble to fit new flights into their plans.

It is unfair, Minneapolis-based airline expert Terry Trippler said. Airlines "are the ones who've underpriced their product for the last two or three years," he said. "You cannot take people's money four and five and six months out, and then one month out say 'it's changed.'"

The capacity cuts also mean that later this year airlines may have less wiggle room to reposition passengers if there are unexpected cancellations.

Kate Hanni, executive director of the Coalition for Airline Passengers Rights, Health and Safety in Napa, Calif., said she's advertising for more volunteers to man a hot line this fall for stranded passengers.

"We're getting 400 calls a day already," Hanni said. Her hot line, 1-877-flyers-6, helps stranded travelers deal with the airlines.



Photo • Associated Press

Passengers wait in line at O'Hare International Airport in Chicago in this April 2008 file photo. Airlines have canceled nearly 65,000 flights so far this year and more are expected.

► TACOS from 6C

were seated.

On a typical Tuesday, Fierro's 16-person work crew can serve up to 10,000 tacos, Fierro said, because most customers order a half-dozen or more. "Taco Thursdays," at the Apple restaurant has proven even more successful, he said.

The supervisory crew includes Fierro's wife Zulema, and their three grown children, Connie, Veronica and Elizabeth.

It's not just Pablo's tacos that are popular with customers. The menu also includes hearty portions of other traditional Mexican fare including burritos, enchiladas, tamales and menudo. The newer restaurant, which opened in May, also boasts a liquor license.

"All the food is great," said Ken Simons, who frequently lunches at the Sherman location with his Michigan Spring Co. co-workers.

Born in Jalisco, Mexico, Fierro was 19 years old when he came to the United States and found work at a railroad company. He met his wife in Chicago and the couple moved to Muskegon in 1978.

The Fierros labored in local factories for several years so they could purchase their own home. Later, he worked as a longtime restaurant cook at Muskegon's El Camino restaurant. Little by little, they saved towards Pablo's restaurant dream.

He finally realized that goal when he opened up a small restaurant on Broadway Avenue in Muskegon Heights in 2003. After just one year Fierro was ready to expand, and relocated the business to 1427 W. Sherman, where Brutus BBQ had previously been.

Since opening the second restaurant, Fierro, 60, splits his days at both sites. Although it's a hectic schedule — running back and forth, cooking and managing staff at both locations — Fierro somehow finds the time to roam the dining areas and chat with customers. His words of appreciation ring with sincerity and genuine gratefulness.

"I had a dream of someday opening my own business," said Fierro. "Thanks to everybody, my dream came true."

► IZZY from 6C

Saylor's job is to take a longer view.

"More of my time will be spent on future direction and strategies going forward," he said.

They have plenty to do.

For starters, the mercurial rise in freight costs is changing the equation for plant locations.

"The cost of outbound freight is now exceeding the cost of direct labor," Saylor said.

"It really has to factor into your long-term strategy."

When the dust settles, Izzy expects to sort out its manufacturing footprint, tied less to brand than to customer base and specialization.

The team is tapping its employees for ideas.

"They're now a part of a much bigger family," Masenthin said.

"We have to leverage each other better."

One fuzzy issue is clearing up already. When customers call any site, they will hear Izzy in the intro.

"In Texas, it would be, 'Izzy, Belton, Texas,' or 'Izzy, Florence, Alabama,'" Saylor said.

That was an easy fix, compared to the challenge of melding corporate cultures across the country.

"There's an awful lot to sort out going forward," Masenthin said.



I've Lost Over 100 POUNDS

And Now I'm Not Taking ANY Medication!

"I'm healthy and happy, and not taking any medication, thanks to the dedicated staff, the easy-to-follow dietary plan, and just a little determination on my part." – Susan S.

Classes are forming now. Call today!



Let us put **a little something** in your new **checking** account.

When you make us your bank by opening a checking account with direct deposit, you'll not only get the best personal service and most convenient banking hours around. You'll get $100, and all the benefits of Flagstar Loyalty Checking, including: special higher rates on CDs, lower rates on loans and Flagstar's unique Best Rate Guarantee.

Make us your bank and get **$100***

For the banking center nearest you call (800) 642-0039.
www.flagstar.com

Member FDIC

Flagstar Bank