# ATTACHMENT 4

**UNITED STATES SENTENCING COMMISSION**
**ONE COLUMBUS CIRCLE, NE**
**SUITE 2-500, SOUTH LOBBY**
**WASHINGTON, DC 20002-8002**
(202) 502-4500
FAX (202) 502-4699



September 15, 2015

To all recipients of the *Guidelines Manual*:

As Chair of the United States Sentencing Commission, I am pleased to transmit this edition of the *Guidelines Manual,* which incorporates new guidelines and amendments effective November 1, 2015. This edition of the *Guidelines Manual* reflects recent actions of the Commission, including among other things the following:

- **Changes to the Fraud Guideline Involving Victims and Individual Culpability**
  - › The Commission revised the victim enhancement in §2B1.1 to incorporate substantial financial hardship to victims as a sentencing factor, placing greater emphasis on the extent of harm and ensuring that the defendant will receive a higher sentence when even one victim suffered a substantial financial harm
  - › The Commission made changes to the sophisticated means enhancement and the definition of "intended loss" to focus more specifically on the defendant's individual culpability

- **Adjustment to Monetary Tables to Account for Inflation**
  - › The Commission made changes to the monetary tables in §§2B1.1, 2B2.1, 2B3.1, 2R1.1, 2T4.1, 5E1.2, and 8C2.4 to account for inflation

- **New Marihuana Equivalency for Hydrocodone Based on Weight Alone**
  - › The Commission raised penalties on hydrocodone offenses to address the rescheduling of hydrocodone from less-restricted Schedule III to the more-restricted Schedule II
  - › The Commission determined that hydrocodone penalties should be based not on the weight of the pills involved but on the weight of the hydrocodone alone, and adopted a marihuana equivalency for "hydrocodone (actual)" that is the same as the existing equivalency for oxycodone (actual)

- **Additional Guidance for the Application of the Mitigating Role Adjustment**
  - › The Commission identified certain issues in §3B1.2 that may have been discouraging courts from applying a mitigating role adjustment and provided additional guidance in determining whether an adjustment applies

## *2014 18 USCS Appx § 2B1.1*

2014 United States Code Archive

UNITED STATES CODE SERVICE   > TITLE 18. CRIMES AND CRIMINAL PROCEDURE  > SENTENCING GUIDELINES FOR THE UNITED STATES COURTS. 18 USCS APPENDIX  > CHAPTER TWO. OFFENSE CONDUCT  > PART B. BASIC ECONOMIC OFFENSES  > 1. THEFT, EMBEZZLEMENT, RECEIPT OF STOLEN PROPERTY, PROPERTY DESTRUCTION, AND OFFENSES INVOLVING FRAUD OR DECEIT

## § 2B1.1. Larceny, Embezzlement, and Other Forms of Theft; Offenses Involving Stolen Property; Property Damage or Destruction; Fraud and Deceit; Forgery; Offenses Involving Altered or Counterfeit Instruments Other than Counterfeit Bearer Obligations of the United States

(a)  Base Offense Level:

   (1)  7, if (A) the defendant was convicted of an offense referenced to this guideline; and (B) that offense of conviction has a statutory maximum term of imprisonment of 20 years or more; or

   (2)  6, otherwise.

(b)  Specific Offense Characteristics

   (1)  If the loss exceeded $ 5,000, increase the offense level as follows:

   ------------------------------------------------------------------

   Loss (Apply the Greatest)              Increase in Level
   ------------------------------------------------------------------

      (A) $ 5,000 or less ...........................… No increase
      (B) More than $ 5,000 ..........................… add 2
      (C) More than $ 10,000 .........................… add 4
      (D) More than $ 30,000 .........................… add 6
      (E) More than $ 70,000 .........................… add 8
      (F) More than $ 120,000 ........................… add 10
      (G) More than $ 200,000 ........................… add 12
      (H) More than $ 400,000 ........................… add 14
      (I) More than $ 1,000,000 ......................… add 16
      (J) More than $ 2,500,000 ......................… add 18
      (K) More than $ 7,000,000 ......................… add 20
      (L) More than $ 20,000,000 .....................… add 22
      (M) More than $ 50,000,000 .....................… add 24
      (N) More than $ 100,000,000 ....................… add 26
      (O) More than $ 200,000,000 ....................… add 28
      (P) More than $ 400,000,000 ....................… add 30.