# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** PABLO RAZO FIERRO      **DISTRICT JUDGE:** Robert Holmes Bell

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:12-CR-98 | 12/9/15 | 9:15 - 9:40 a.m. | Grand Rapids | Ellen Donohue |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Nils Kessler | Britt Cobb | Retained |

### TYPE OF HEARING
- __ Arraignment:
  - __ mute  __ nolo contendre
  - __ not guilty  __ guilty
- __ Final Pretrial Conference
- __ Detention  (waived __ )
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- ✓ Sentencing
- __ Trial
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: _____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- ✓ Other: Judgment

### CHANGE OF PLEA
Charging Document:
- __ Read  __ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

### SENTENCING

Imprisonment: 15 months
Probation: _____
Supervised Release: 1 year
Fine: $ _____
Restitution: $232,531.25
Special Assessment: $ 100.00

Plea Agreement Accepted:  x Yes  __ No
Defendant informed of right to appeal:  x Yes  __ No
Counsel informed of obligation to file appeal:  ✓ Yes  __ No

Conviction Information:
- Date: 8/31/15
- By: Plea
- As to Count(s): 1

**ADDITIONAL INFORMATION:**
Count 2 of Indictment dismissed on motion of the government.  Defendant's motion for variance denied.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |

**CASE TO BE:**      **TYPE OF HEARING:**

**Reporter/Recorder:** Kevin Gaugier      **Case Manager:** S. Bourque